| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Basilio Juarez-Leyva<br>DOB: xx/xx/86<br>Citizen of Guatemala  **VICTIM** | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**12-06436M** |
| Complaint for violation of Title 18 | United States Code §111(a),(b) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 13, 2012 at or near Sasabe in the District of Arizona, Basilio Juarez-Leyva, did forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol agent Mark Harmon, an officer of the United States while United States Border patrol agent Harmon was engaged in or on account of the performance of his official duties and did so with a deadly or dangerous weapon, that is a flashlight, in that Basilio Juarez-Leyva fought with United States Border Patrol agent Harmon and threatened to hit him with a flashlight, all in violation of 18 U.S.C. 111(a) and (b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 13, 2012, United States Border Patrol agent Mark Harmon was on duty or near Sasabe in the District of Arizona. He was notified that there was a group of 15-20 suspected illegal aliens in the area of Coaches Well near Sasabe. Harmon responded and saw Basilio Juarez-Leyva hiding behind a tree. Harmon grabbed Juarez by the hand. Juarez pulled away from Harmon and ran off. Harmon found Juarez hiding behind a rock a short distance away.

Harmon attempted to arrest Juarez and gave Juarez commands in Spanish. Juarez fought with Harmon causing both to fall to the ground. Harmon lost his flashlight during the fall. Harmon attempted to restrain Juarez but Juarez fought with him. Harmon pushed Juarez away in an effort to gain distance from Juarez.

Juarez picked up the flashlight in his right hand and cocked his right arm back as if he were going to hit Harmon with the flashlight. Harmon feared that, if struck with the flashlight, he could be seriously injured. Harmon drew his service pistol and fired two rounds at Juarez. Harmon held the pistol in his left hand because he was protecting his head with his right.

Juarez fled but was arrested a short time later. Agents saw that Juarez had a bullet wound to his arm. Juarez was transported to a hospital. He was released from the hospital on April 16, 2012.

On April 16, 2012, FBI and Border Patrol agents interviewed Juarez. Juarez was given his Miranda rights before the interview. Juarez waived those rights and agreed to answer questions. Juarez said it was his fault because he grabbed the flashlight but that he did not intend to harm the agent. Juarez also admitted that he had held the flashlight at chest level before he was shot. He also admitted that he knew Harmon was a Border Patrol agent.

**MATERIAL WITNESSES IN RELATION TO THE CHARGES:**

| **REC: DETENTION**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Jesse J. Figueroa/df | SIGNATURE OF COMPLAINANT<br>(official title) /s/<br>OFFICIAL TITLE<br>Special Agent, FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE<br>Bernardo Velasco | DATE<br>4/18/12 |